AUSA Faris J. Hussein (312) 353-4156

# UNITED STATES DISTRICT COURT
### FOR THE
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

FILED
FEB 25 2008
February 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **MAGISTRATE JUDGE COLE** |
| | ) | |
| v. | ) | CASE NUMBER: |
| KENNETH MAYFIELD | ) | **08CR 0155** |

The undersigned Affiant personally appeared before __Jeffrey Cole__, a United States Magistrate Judge, and being duly sworn on oath, states: That in the United States of America, in the Middle District of Tennessee, on or about February 13, 2008, Kenneth Mayfield was charged by Indictment with a violation of Sections 1709 and 641 of the United States Code, Title 18, for the offenses of theft of mail matter and embezzlement of public property, (attached hereto) and that a Warrant is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

_____
Victor Filipek
Special Agent
United States Postal Service
Office of Inspector General

Subscribed and Sworn to before me this
25th day of __February__, 2008.

_____
Jeffrey Cole
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

FEB 13 2008

DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:08-00037 |
| | ) | |
| v | ) | |
| | ) | 18 U.S.C. § 641 |
| KENNETH L. MAYFIELD | ) | 18 U.S.C. § 1709 |
| | ) | |

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

From on or about July 1, 2007 through on or about August 28, 2007, in the Middle District of Tennessee, **KENNETH L. MAYFIELD,** a United States Postal Service employee, did embezzle letters, postal cards, packages, bags, and mail, and articles or things contained therein entrusted to him and which came into his possession intended to be conveyed by mail.

In violation of Title 18, United States Code, Section 1709.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

From in or about March 2007 through on or about August 28, 2007, in the Middle District of Tennessee, **KENNETH L. MAYFIELD**, knowingly and willfully did embezzle, steal and convert to his use, any money or thing of value not exceeding the sum of $1000, from the United States Postal Service.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL

FOREPERSON

_____
EDWARD M. YARBROUGH
UNITED STATES ATTORNEY

_____
S. CARRAN DAUGHTREY
ASSISTANT UNITED STATES ATTORNEY

2