Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 155 - 1 | **DATE** | 2/25/2008 |
| **CASE TITLE** | USA vs. Kenneth Mayfield | | |

**DOCKET ENTRY TEXT**

Initial appearance of Kenneth Mayfield. Defendant turned himself in on 2/25/08 to U.S. Postal Service Office of Inspector General. Federal Defender, Timmothy O' Connor is appointed as counsel for the initial appearnce only. Defendant arraigned on affidavit of warrant in removal proceeding regarding the indictment of count I for the Middle District of Tennessee, Nashville Division. Bond hearing held. The defendant is release on a $4,500.00 Personal Recognizance Bond. Defendant is to report to the Middle District of Tennessee, Nashville Division, 3:08-00037 for further proceedings.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|