# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF: United States vs. Kenneth Mayfield
FOR: Northern Illinois AT Chicago

**LOCATION NUMBER:** 08cr155-1

**PERSON REPRESENTED** (Show your full name): Kenneth Mayfield

☒ 1 Defendant – Adult
☐ 2 Defendant – Juvenile
☐ 3 Appellant
☐ 4 Probation Violator
☐ 5 Parole Violator
☐ 6 Habeas Petitioner
☐ 7 2255 Petitioner
☐ 8 Material Witness
☐ 9 Other (Specify)

**CHARGE/OFFENSE:** ☒ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate:
District Court:
Court of Appeals:

FILED FEB 25 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No  SEPARATED FROM WIFE,
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ NO INCOME FROM HER

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: Approximately received $32,000 – $40,000 Postal Service

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No
IF YES, GIVE THE VALUE AND DESCRIBE IT:
– Home in Kentucky was foreclosed
– Car was repossessed

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them:

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | May owe money on foreclosed house | $ — | $ — |
| | Sprint cell phone bills | $ Approx 400.00 | |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 2-25-08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): Kenneth L Mayfield