UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**  **OFFICE OF THE CLERK**
    **CLERK**  March 7, 2008

Mr. Keith Throckmorton, Clerk
United States District Court
800 Estes Kefauver Federal Building and
United States Courthouse
801 Broadway
Nashville, TN 37203-3816

**Re:**  USA v. Kenneth Mayfield - 08 CR 155

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 155 | _X_ Order of Removal dated: 2/25/08 |
| _X_ Affidavit in Removal | ____ Final Commitment Proceedings |
| _X_ Financial Affidavit | ____ Temporary Commitment |
| ____ Order appointing counsel | ____ Order setting conditions of release |
| ____ CJA 20 Form | ____ Detention Order |
| _X_ Appearance form | ____ Appearance Bond |
| | ____ Other(see docket for entries): |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

    Sincerely yours,

    Michael W. Dobbins, Clerk

    by: _____
      Marsha E. Glenn, Deputy Clerk