**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
March 7, 2008

Mr. Keith Throckmorton, Clerk
United States District Court
800 Estes Kefauver Federal Building and
United States Courthouse
801 Broadway
Nashville, TN 37203-3816



Re: USA v. Kenneth Mayfield - 08 CR 155

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | | |
|---|---|---|
| _X_ Docket Sheet, Case No.: 08 CR 155 | _X_ Order of Removal dated: 2/25/08 | |
| _X_ Affidavit in Removal | ___ Final Commitment Proceedings | |
| _X_ Financial Affidavit | ___ Temporary Commitment | |
| ___ Order appointing counsel | ___ Order setting conditions of release | |
| ___ CJA 20 Form | ___ Detention Order | |
| _X_ Appearance form | ___ Appearance Bond | |
| | ___ Other(see docket for entries): | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
Michael W. Dobbins, Clerk
by: /s/
Marsha E. Glenn, Deputy Clerk