UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.   08 CR 155 |
| v.           ) | |
| ) | Judge Jeffrey Cole |
| KENNETH MAYFIELD   ) | |

## WITHDRAWAL AND SUBSTITUTION OF COUNSEL

Please take notice that Assistant United States Attorney Faris J. Hussein is no longer assigned to this case and the undersigned Assistant United States Attorney is substituted in place of that previously designated attorney.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   *s/ Samuel B. Cole*
SAMUEL B. COLE
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-4258

**CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following document:

**WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

was served on June 10, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

        s/ *Samuel B. Cole*
        SAMUEL B. COLE
        Assistant United States Attorneys
        219 South Dearborn
        Chicago, Illinois  60604
        (312) 252-4258