# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 155 - 1 | **DATE** | 7/2/2008 |
| **CASE TITLE** | United States of America vs. Kenneth Mayfield | | |

**DOCKET ENTRY TEXT**

Government's motion to dismiss removal complaint without prejudice [11] is granted. Enter: Order of Dismissal Without Prejudice.   Case closed.

■ [ For further detail see separate order(s).]                    Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|