UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                           Case No.: 1:08−cr−00155
                                             Honorable Virginia M. Kendall

                              Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, August 7, 2008:

     MINUTE entry before the Honorable Virginia M. Kendall:as to Kenneth Mayfield: Defendant fails to appear. Status hearing held. Arraignment and entry of plea is reset for 8/18/2008 at 01:30 PM. Enter rule to show cause why bond should not be revoked for failure to comply with with the conditions of release. Rule to Show Cause Hearing is set for 8/18/2008 at 01:30 PM. Defendant and his counsel are ordered to appear on 8/18/2008 at 1:30 pm prepared to proceed to hearing on the rule to show cause. Defendant is ordered to comply with the drug treatment program as previously ordered and his Chicago Pretrial Service officer. Advised in open court (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.