# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                               Case No.: 1:08−cr−00155
                                                    Honorable Virginia M. Kendall

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 18, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall:as to Kenneth Mayfield: Show cause hearing held. For the reasons stated in open court, the rule to show cause is discharged. Arraignment is reset for 9/24/2008 at 01:30 PM. Change of Plea Hearing is set for 9/24/2008 at 1:30 PM. Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.